NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


YVETTE McGUIRE,                                  )
                                                 )
          Appellant,                             )
                                                 )
v.                                               )          Case No. 2D17-2673
                                                 )
TROY McGUIRE, SR., as personal                   )
representative of the Estate of Troy             )
McGuire, Jr., deceased,                          )
                                                 )
          Appellee.                              )
_____)

Opinion filed April 4, 2018.

Appeal from the Circuit Court for
Hillsborough County; Catherine M. Catlin,
Judge.

Steven K. Schwartz of Steven K.
Schwartz, P.A., Aventura; and David
Bauer of The Bauer Law Office P.A.,
Miami, for Appellant.

Gregory S. Grossman of RJS Law Group,
Apollo Beach, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, KELLY, and CRENSHAW. JJ., Concur.